

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-24-00137-CV

---

WOODS COMFORT SYSTEMS, INC., APPELLANT

V.

KRISTINA AND EVAN BAEHR, INDIVIDUALLY AND AS NEXT FRIEND TO C.B.,
M.B., E.B., AND S.B., MINORS, APPELLEES

---

On Appeal from the 353rd District Court
Travis County, Texas[1]
Trial Court No. D-1-GN-21-002112, Honorable Jessica Mangrum, Presiding

---

March 28, 2025

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Woods Comfort Systems, Inc., appeals from the trial court's *Final Judgment.* Appellees, Kristina and Evan Baehr, both individually and as next friend to minors C.B., M.B., E.B., and S.B., have filed a cross-appeal. This appeal was previously abated to permit the parties to finalize settlement negotiations. Now pending before the

---

[1] Originally appealed to the Third Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

Court is the parties' "Joint Motion to Dismiss Appeal and Cross-Appeal," informing the Court that a settlement has been reached and requesting the voluntary dismissal of both the appeal and cross-appeal.

The Court finds that the motion complies with the requirements of Rule of Appellate Procedure 42.1(a)(1) and that granting the motion will not prevent any party from seeking relief to which it would otherwise be entitled. As no decision of the Court has been delivered to date, we grant the motion, reinstate the cause, and dismiss the appeal. Pursuant to the request of the parties, costs shall be taxed against the parties who incurred them. *See* TEX. R. APP. P. 42.1(d). No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam